Case 5:26-cv-00164  Document 5  Filed 02/05/26 in TXSD  Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ADAM EYOB GRIMAY,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00164 |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Pending before the Court is a Petition filed by Adam Eyob Grimay ("Petitioner") for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. 3). Petitioner is **ORDERED** to submit proof of service on the named Respondents by registered or certified mail pursuant to Federal Rule of Civil Procedure 4(i) by **February 6, 2026**.

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Petition, (Dkt. 1), and serve it on Petitioner no later than **February 11, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents Response on or before **February 13, 2026**.

Additionally, on November 25, 2025, the Central District of California certified a national class in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025):

> **Bond Eligible** Class: All noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to

      detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination.

*Maldonado Bautista*, 2025 WL 3288403, at *1. The Central District of California extended to the Bond Eligible Class as a whole the declaratory relief it had previously granted: that the Department of Homeland Security Policy of mandatory detention for all applicants for admission under § 1225 is unlawful. *Maldonado Bautista*, 2025 WL 3288403, at *9. On December 18, 2025, the *Maldonado Bautista* court entered a final judgment. *Maldonado Bautista et al v. Santacruz*, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). The declaratory judgment held that the Bond Denial Class members are detained under 8 U.S.C. § 1226(a) and thus may not be denied consideration for release on bond under § 1225(b)(2)(A). *Id*. In light of this development, the Court hereby **ORDERS** the Parties to address in their response and reply briefing: (1) whether Petitioner is a member of the nationally certified Bond Eligible Class; and (2) what affect if any the declaratory relief granted in *Maldonado Bautista v. Santacruz* has on Petitioner's claims before the Court.

      The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), Motion, (Dkt. 3), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

> **Nicholas J. Ganjei**
> **1000 Louisiana St.,**
> **Suite 2300,**
> **Houston, Texas 77002**

      The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), Motion, (Dkt. 3), and this Order via certified mail on the United States Attorney's Office in Laredo at:

> **United States Attorney's Office**
> **11204 McPherson Road, Suite 100A**
> **Laredo, Texas 78045**

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), Motion, (Dkt. 3), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this February 5, 2026.

Diana Saldaña
United States District Judge